[Nos. 57661-5-I; 58360-3-I. Division One. February 4, 2008.]

THE STATE OF WASHINGTON, *Appellant*, v. DAVID EVAN
WILLIAMS, *Respondent*.

Appeals from a judgment of the Superior Court for Sno-
homish County, No. 05-1-02568-3, Ronald L. Castle-
berry, J., entered January 13, 2006. *Affirmed* by un-
published opinion per Appelwick, C.J., concurred in by
Becker and Dwyer, JJ.

[No. 58303-4-I. Division One. February 4, 2008.]

JULIA A. TORKILD, *Respondent*, v. JOHN R. JOHNSTON ET AL.,
*Appellants*.

Appeal from a judgment of the Superior Court for What-
com County, No. 05-2-02923-1, Steven J. Mura, J., entered
May 26, 2006. *Affirmed* by unpublished opinion per Agid, J.,
concurred in by Appelwick, C.J., and Schindler, J.

[No. 58410-3-I. Division One. February 4, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. GERARDO
GARZA-IRIBE, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 04-1-01316-2, Steven J. Mura, J., entered
June 19, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59291-2-I. Division One. February 4, 2008.]

*In the Matter of the Dependency of* M.S.D.

KYISHA DAVIS, *Appellant*, v. THE DEPARTMENT OF
SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 06-7-01801-8, James A. Doerty, J., entered
November 3, 2006. *Reversed* by unpublished opinion per
Schindler, J., concurred in by Appelwick, C.J., and
Becker, J. Now published at 144 Wn. App. 468.